**Opinion issued April 11, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00420-CV

————————————

## IN RE MTJ ENTERPRISES, INC. D/B/A TOM TYNAN HOMES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, MTJ Enterprises, Inc. d/b/a Tom Tynan Homes, filed a petition for writ of mandamus asking this Court to compel the trial court to allow relator to designate an expert after the docket control order's deadline.[1]

---

[1] The underlying case is *Perry Roberts and Cindy Walker Roberts v. MTJ Enterprises, Inc. d/b/a Tom Tynan Homes, Ultimate Maintenance & Waterproofing, Inc., John A. Munk, Michael J. Munk, and Timothy H. Ping d/b/a/*

We deny the petition for writ of mandamus.


**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

---

*Superior Stone and Stucco*, No. 57038 in the 412th District Court of Brazoria County, Texas, the Honorable Ed Denman, presiding.